B139

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JEFFREY KUSHIK
GARY HAIRSTON
DARIAN WOFFORD
STEPHANIE ZILKA
MISTY WALKER
RICHARD WHITE
RANDY CAMACHO
DAMIAN CHEREPKO
BRANDON HULBOY
JAMES CRIVELLA
SEAIRA COLLINS
JESSICA TARANTO

Criminal No. 20-374

**[UNDER SEAL]**

(21 U.S.C. § 846)

FILED
DEC 01 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

From in and around August 2020, and continuing thereafter to in and around November 2020, in the Western District of Pennsylvania and elsewhere, the defendants, JEFFREY KUSHIK, GARY HAIRSTON, DARIAN WOFFORD, STEPHANIE ZILKA, MISTY WALKER, RANDY CAMACHO, SEAIRA COLLINS, and JESSICA TARANTO, did knowingly, intentionally, and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

The grand further jury charges:

From in and around August 2020, and continuing thereafter to in and around November 2020, in the Western District of Pennsylvania and elsewhere, the defendants, JEFFREY KUSHIK, GARY HAIRSTON, DARIAN WOFFORD, STEPHANIE ZILKA, MISTY WALKER, RICHARD WHITE, DAMIAN CHEREPKO, BRANDON HULBOY and JAMES CRIVELLA, did knowingly, intentionally, and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**NOTICE OF SPECIAL FINDINGS**

The grand jury further finds:

1. As to Counts One and Two, the defendant, JEFFREY KUSHIK:

(a) was previously convicted on or about February 21, 2017, in the Court of Common Pleas of Allegheny County, at Docket Number: CP-02-CR-0004693-2016, of the crime of possession with intent to deliver a controlled substance;

(b) served a term of imprisonment of more than twelve (12) months for the offense described in Subparagraph 1(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 1(a) within fifteen (15) years of the commencement of each of the offenses charged in Counts One and Two.

2. As to Counts One and Two, the defendant, GARY HAIRSTON:

(a) was previously convicted on or about January 2, 2002, in the United States District Court for the Western District of Pennsylvania, at Docket Number: 2:01-cr-167, of possession with intent to distribute less than 100 grams of a mixture and substance containing a detectable amount of heroin, and carrying a firearm during and in relation to a drug trafficking crime;

(b) was previously convicted on or about July 17, 2012, in the Court of Common Pleas of Allegheny County, at Docket Number: CP-02-CR-0015261-2008, of the crime of possession with intent to deliver a controlled substance;

(c) served a term of imprisonment of more than twelve (12) months for the offenses described in Subparagraphs 2(a) and 2(b); and

(d) was released from any term of imprisonment for the offenses described in Subparagraphs 2(a) and 2(b) within fifteen (15) years of the commencement of each

of the offenses charged in Counts One and Two.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p), and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants, JEFFREY KUSHIK, GARY HAIRSTON, DARIAN WOFFORD, STEPHANIE ZILKA, MISTY WALKER, RICHARD WHITE, RANDY CAMACHO, DAMIAN CHEREPKO, BRANDON HULBOY, JAMES CRIVELLA, SEAIRA COLLINS, and JESSICA TARANTO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A True Bill,

Foreperson

SCOTT W. BRADY
United States Attorney
PA ID No. 88352