IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDY CAMACHO | Criminal No. 20-374<br>**[UNDER SEAL** |

ARRAIGNMENT PLEA

Defendant RANDY CAMACHO

being arraigned, pleads ____________________

in open Court this ______________ day of

__________________ , 20 ____________________

________________________________________
(Defendant's Signature)

________________________________________
(Attorney for Defendant)