CR20-374

# CRIMINAL CASE INFORMATION SHEET

Pittsburgh X Erie ____ Johnstown ____

Related to No. 20-190; U.S. v Anthony Peluso, et al; U.S. v Bill Rana, et al (both to be indicted on same day) Judge Robert J. Colville

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. X Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Randy Camacho

Is indictment waived: ____ Yes X No

Pretrial Diversion: ____ Yes X No

Juvenile proceeding: ____ Yes X No

Defendant is: X Male ____ Female

Superseding indictment or information ____ Yes X No

Previous case number: ____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: ____

Case No.: ____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | ______ |
| Defendant: | ___ is in custody    X is not in custody |
| Name of Institution: | ______ |
| Custody is on: | ___ this charge    ___ another charge |
| | ___ another conviction |
| | ___ State    ___ Federal |
| Detainer filed: | ___ yes    ___ no |
| Date detainer filed: | ______ |
| Total defendants: | 12 |
| Total counts: | 2 |
| Data below applies to defendant No.: | 7 |
| Defendant's name: | Randy Camacho |

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine. | X |
| | | FORFEITURE ALLEGATION | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: December 1, 2020

*s/Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774