IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 2:20−cr−00374−RJC
Judge Robert J. Colville
RANDY CAMACHO, et al.
Defendant.

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Sally Frick.

Government: Katherine Jordan.

Date of Arraignment: 12/11/2020.

Defendant entered a plea of Not Guilty.

The parties were advised that all pretrial motions must be filed within fourteen (14) days.

A Rule 16 Conference: has not been held.

Discovery is not completed.

Defendant has requested to be tried by: Jury.

Estimated trial length: 11 days

s/ Cynthia Reed Eddy

United States Magistrate Judge