IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RANDY CAMACHO

Criminal No. 20-374
[UNDER SEAL

## ARRAIGNMENT PLEA

Defendant RANDY CAMACHO

being arraigned, pleads Not Guilty

in open Court this 11th day of

December, 20 20

(Defendant's Signature)

(Attorney for Defendant)