CR 20-374

# CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__ Erie ______ Johnstown ______

Related to No. 20-190; 20-375, 20-377 Judge Robert J. Colville
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. __X__ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Randy Camacho

Is indictment waived: ____ Yes __X__ No

Pretrial Diversion: ____ Yes __X__ No

Juvenile proceeding: ____ Yes __X__ No

Defendant is: __X__ Male ____ Female

Superseding indictment or information __X__ Yes ____ No

Previous case number: 20-374

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
__X__ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: __________

Case No.: __________

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: 12/08/2020

Defendant: X is in custody ___ is not in custody

Name of Institution: Butler County Prison

Custody is on: X this charge ___ another charge

___ another conviction

___ State X Federal

Detainer filed: X yes ___ no

Date detainer filed: ___

Total defendants: 13

Total counts: 2

Data below applies to defendant No.: 8

Defendant's name: Randy Camacho

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance | X |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE: February 16, 2021

*s/Rebecca L. Silinski*
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774