Randy Camacho
# 035286

Butler County Prison
202 S. Washington St
Butler PA 16001

The Honorable Judge
Robert Colville

2:20-cr-374-7

To: United States District Court
700 Grant Street
Pittsburgh PA 15219

RECEIVED

MAR 0 3 2022

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Now Comes, the defendant, Pro-se, Randy Camacho, who respectfully attempt to address the court pertaining to Attorney, Christopher Urbano Esq. We have come to irreconcible differences were we are not seeing eye to eye as attorney and Client. I found out that the advice from said council is misleading and inaqurate. Even though Mr. Urbano is a paid attorney through my family I don't believe that he has my best intrest at heart for my case, for these reasons I would like to request new council.

THANK YOU,

Randy Camacho