Randy Camacho
#035286
Butler County Prison
202 S. Washington ST
Butler PA 16001

PITTSBURGH PA 150
28 FEB 2022 PM 2 L




Robert Colville
700 GRANT STREET
Pittsburgh PA 15219

15219-190699