IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:20-374-RJC-7 |
| | ) | |
| RANDY CAMACHO, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 27th day of July, 2022, upon consideration of defendant's Motion to Order Pre-Plea Presentence Report (Document No. [681]), filed in the above-captioned matter on July 26, 2022,

IT IS HEREBY ORDERED that said Motion is GRANTED and pursuant to Federal Rule of Criminal Procedure 32(e)(1), the United States Probation Office is hereby directed to conduct a pre-plea investigation and report as specified below:

__ Full Presentence Report before guilty plea.

XX Pre-plea Criminal History/Career Offender/Armed Career Criminal Investigation and Report.

__ Other (Specify scope of report, disclosure date, and to whom):

The United States Probation Office shall disclose the above ordered Pre-Plea Presentence Investigation Report to only the defendant, the defendant's attorney and the attorney for the government in this case by no later than **September 27, 2022**.

IT IS FURTHER ORDERED that counsel shall jointly file with the Court a notice of the status of the above captioned matter, including if it is appropriate for the Court to schedule a Change of Plea Hearing, by no later than **October 11 2022.**

IT IS FURTHER ORDERED that the time from the date of this Order until the filing of the Pre-Plea Investigation Report and the parties' Joint Status Report (July 27, 2022 to October 11, 2022) is deemed excludable delay under the Speedy Trial Act, codified at 18 U.S.C. 3161 et seq. Specifically, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant to a speedy trial since, for the reasons set forth in the motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time and information which

are necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. 3161 (h)(7)(B)(iv).

s/Robert J. Colville
United States District Judge

cc/ecf: Rebecca L. Silinski, Asst. U.S. Atty.

Joseph Otte, Esquire

Randy Camacho (USM No. 20972-509) c/o Joseph Otte, Esquire

Probation Office/Pretrial Services

U.S. Marshal