# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>RANDY CAMACHO | 2:20-cr-374 |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Randy Camacho, through his counsel, Joseph S. Otte, files this Position with Respect to Sentencing Factors:

1. Undersigned counsel and the defendant have reviewed a copy of the presentence investigation report.
2. Undersigned counsel has conferred with opposing counsel and with the USPO in a good faith effort to resolve any disputed matters.
3. The defendant has no objections to the facts and conclusions contained within the report.

Respectfully submitted,
/s/Joseph S. Otte

Joseph S. Otte
PA ID No. 318862
429 Fourth Ave.
Suite 1002
Pittsburgh, PA 15219