# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 20-374-7
)
RANDY CAMACHO, )
)
Defendant. )

**HEARING ON** - SENTENCING

Before Judge Robert J. Colville

Rebecca L. Silinski, AUSA
Appear for USA

Joseph S. Otte, Esq.
Appear for Defendant

Probation - Gregory D. Wilson

Hearing begun 2/22/23 at 10:00 a.m.
Hearing concluded 2/22/23 at 10:50 a.m.

Hearing adjourned to ______________
Stenographer : N.Re
Clerk: T. Klein

**WITNESSES:**

For Government

For Defendant

Oath administered to defendant; Court details background of case; Court asks defendant questions re: Presentence Report, Addendum, defendant answers & indicates understanding; Court remarks on Guidelines; Court notes that parties have no further objections to Presentence Report; Court adopts the Presentence Report & addendum; Court hears counsels' positions regarding aspects of Sentence; Defense Counsel makes argument for downward variance; Defendant makes a statement to the court; Court **denies** Defense Counsel request for Downward Variance; Sentence Imposed as to the lesser included offense at Count 1s of the superseding indictment: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **51** months at Count 1s of the superseding indictment; **3** years Supervised Release imposed at Count 1s of the superseding indictment; Restitution N/A; Fine waived; $100 Special Assessment, due immediately; Defendant to forfeit $2,100; Government makes Oral Motion to Dismiss Count 1; Court grants Government's Oral Motion to Dismiss Count 1; Court states its reasons for imposition of Sentence; Court advises defendant of appeal rights; Defendant remanded to custody of US Marshal; All as further stated on the record.