IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RANDY CAMACHO | Criminal No. 20-374 |

**MOTION FOR FINAL ORDER OF FORFEITURE**

AND NOW comes the United States of America, by and through its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Jill L. Locnikar, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1. By Judgement, all right, title, and interest of Randy Camacho in the following property, delineated by asset identification number 21-FBI-010170, were forfeited to the United States (the "Subject Property"): $2,100.00 in United States currency.

2. The United States subsequently began ancillary forfeiture proceedings and provided notice of the forfeiture of the Subject Property so that third party interests could be adjudicated.

3. The United States advertised notice of this forfeiture proceeding via the government's forfeiture website. The United States filed a Declaration of Publication detailing the notice, the website, and dates of advertising.

4. No claims have been filed regarding the Subject Property, and the time to file claims has expired.

5. Accordingly, the United States is entitled to forfeiture of the Subject Property free and clear of all right, title, and interest of any person or entity, including, without limitation, Randy Camacho.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a final Order forfeiting the Subject Property to the United States free and clear of all right, title, and interest of any person or entity, pursuant to 21 U.S.C. § 853, including, without limitation, Randy Camacho.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*/s/ Jill L. Locnikar*
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Motion for Final Order of Forfeiture has been served via first class mail this 6th day of April, 2026, upon the following:

Randy Camacho
3783 Churchview Ave, Apt D22
Pittsburgh, PA 15236

*/s/ Jill L. Locnikar*

JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)