IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDY CAMACHO | Criminal No. 20-374 |

**FINAL ORDER OF FORFEITURE**

AND NOW, this _____ day of ________________, 2026, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property, delineated by asset identification number 21-FBI-010170, is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, free and clear of all right, title, and interest of any person or entity, including, without limitation, Randy Camacho: $2,100.00 in United States currency.

______________________________
United States District Court Judge