IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 20-374

RANDY CAMACHO

## FINAL ORDER OF FORFEITURE

AND NOW, this __6th__ day of __April__, 2026, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the following property, delineated by asset identification number 21-FBI-010170, is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, free and clear of all right, title, and interest of any person or entity, including, without limitation, Randy Camacho: $2,100.00 in United States currency.

*s/Robert J. Colville*
United States District Court Judge